UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORI DIBENEDETTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV 18-04089-JVS (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the underlying complaint, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge, and the objections to the report filed by Plaintiff. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

1      IT IS THEREFORE ORDERED that Judgment shall be entered
dismissing this case without prejudice.

Dated: December 07, 2018

_____
JAMES V. SELNA
United States District Judge